UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ROBERT LASH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:18-cv-00047-PRC |
| v. ) | |
| ) | |
| CITY OF GARRETT, and. ) | |
| OFFICER DUANE DAYS, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION TO DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, by their respective counsel, hereby stipulate and agree to dismiss this action with prejudice. Parties to bear their own fees and costs.

Respectfully submitted,

/s/ David W. Frank
David W. Frank
Attorney for Plaintiff

/s/ David A. Izzo
David A. Izzo
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

      I certify that on December 4, 2018 a true and correct copy of the foregoing document was served electronically via CM/ECF on all counsel of record.


/s/ David W. Frank
David W. Frank